IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KHM, by and through his Mother, Myrtle Hicks-Mix                                   PLAINTIFF

v.                                                                         CIVIL ACTION NO. 4:24-cv-029-SA-JMV

CLARKSDALE MUNICIPAL SCHOOL DISTRICT                                        DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on March 18, 2024. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 13th day of January, 2025.

                                                          /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE