IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**IN RE KHM, by and through**     **PLAINTIFF**
**his mother, Myrtle Hicks-Mix**

**V.**     **NO. 4:24-CV-29-DMB-JMV**

**CLARKSDALE MUNICIPAL**
**SCHOOL DISTRICT**     **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" issued this day, this case is dismissed without prejudice.

**SO ORDERED**, this 28th day of March, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**